1

**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.

2 Nevada Bar No. 8409
jsc@cogburnlaw.com

3 LARSON A. WELSH, ESQ.
Nevada Bar No. 12517

4 lw@cogburnlaw.com
2879 St. Rose Pkwy., Suite 200

5 Henderson, NV 89052
Tel: (702) 384-3616

6 Fax: (702) 943-1936
Attorneys for Plaintiff

7

8 **UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
9

10 MATTHEW BRADSHAW, an individual,

Plaintiff,
11

vs.
12

CREDIT SMART, LLC, a Foreign Limited
13 Liability Company; DOES I through X,
inclusive; ROE Corporations I through X,
14 inclusive,

15                          Defendant(s).

Case No: 2:12-cv-00690-APG-CWH

**O R D E R**

16 **ORDER**

17       It is hereby found that Plaintiff Matthew Bradshaw's *Motion for Entry of Default*

18 *Judgment* (#15) is **GRANTED** for the following reasons.

19       1.      Bradshaw filed his *Complaint* on April 25, 2012.   *Complaint* (#1).   In the

20 *Complaint*, Bradshaw alleged Defendant violated the Fair Debt Collections Practices Act, 15

21 U.S.C. § 1692 et. seq., in the following ways:

22             a.     Communicating with Plaintiff at times or places which were known or should
23                    have been known to be inconvenient for Plaintiff. § 1692c(a)(1); including
                      contacting Plaintiff on a Holiday.

24
              b.     In connection with an attempt to collect an alleged debt from Plaintiff, contacting
25                   a third party for purposes other than obtaining location information §1692b &
                     1692c(b); including contacting a third party other than Plaintiff's spouse.
26

27            c.     Disclosing to a third party the existence of the debt allegedly owed by Plaintiff §
                     1692b(2) and 1692§c(b)

28

COGBURN LAW OFFICES
2879 St. Rose Pkwy., Suite 200
Henderson, NV 89052
(702) 384-3616 FAX: (702) 943-1936

d.   Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff. § 1692d; including making false, deceptive and misleading representations that collector was an attorney and/or calling from an attorney's office.

e.   Failing to provide Plaintiff with the notices required by 15 USC § 1692g, either in the initial communication with Plaintiff, or in writing within 5 days thereof. § 1692g(a).

2.   Defendant was served a copy of the *Complaint* and *Summons* on June 4, 2012. *Affidavit of Service* (#8).

3.   Defendant has not filed a response to the *Complaint* as required by Fed. R. Civ. P. 12.

4.   On November 6, 2012, the Clerk entered a *Default* against Defendant. *Default* (#12).

5.   Any debt collector who fails to comply with any provision of the FDCPA is liable to such person in the amount equal to damages not exceeding $1,000 for each violation. 15 U.S.C. § 1692k(a)(2).

6.   Reasonable attorney's as determined by the Court may be awarded to a successful plaintiff. 15 U.S.C. § 1692(a)(3).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

COGBURN LAW OFFICES
2879 St. Rose Pkwy, Suite 200
Henderson, NV 89052
(702) 384-3616 FAX: (702) 943-1936

7.     Accordingly, the Court hereby Orders an award in Bradshaw's favor as follows and instructs the Clerk of Court to enter a Judgment against Defendant as follows:

    a.   $1,000, which represents statutory damages for defendants violations of the FDCPA.

    b.   $1,775.00 in reasonable attorney's fees;

    c.   $469.00 in costs;

    d.   Plus interest, attorneys' fees and costs accruing until such time the Judgment is collected in full.

**IT IS SO ORDERED.**

_____
United States District Court Judge
Dated:  June 17, 2013.

COGBURN LAW OFFICES

By: s/ Larson A. Welsh
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Larson A. Welsh, Esq.
    Nevada Bar No. 12517
    2879 St. Rose Pkwy., Suite 200
    Henderson, NV 89052
    Attorneys for Plaintiff

COGBURN LAW OFFICES
2879 St. Rose Pkwy, Suite 200
Henderson, NV 89052
(702) 384-1616 FAX: (702) 943-1936