AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Matthew Bradshaw

              Plaintiff,

V.

Credit Smart, LLC

              Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00690-APG-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Matthew Bradshaw and against Defendant Credit Smart, LLC as follows: $1,000 which represents statutory damages for defendants violations of the FDCPA; $1,775.00 in reasonable attorneys' fees; $469.00 in costs; plus interest, attorneys' fees and costs accruing until such time the judgment is collected in full.

July 2, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk